IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Conor, Rory

Printed: 11/22/05

Case Number: 05 B 15142
Judge: Hollis, Pamela S

Filed: 4/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 11 Conversion: September 26, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,200.00 |  |
| Secured: |  | 2,500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 145.50 |
| Other Funds: |  | 2,554.50 |
| Totals: | 5,200.00 | 5,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank Trust National Assoc | Secured | 13,741.05 | 2,500.00 |
| 2. | Chicago Title Insurance Company | Secured |  | No Claim Filed |
| 3. | Cook County Treasurer | Secured |  | No Claim Filed |
| 4. | First Bank National Assoc | Unsecured |  | No Claim Filed |
| 5. | Argent Mortgage Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,741.05 | $ 2,500.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 145.50 |
|  | _____ |
|  | $ 145.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____