FINAL ATTORNEY FEES APPLICATION-EXHIBIT "G"
CHAPTER 11-TIME SPEND AFTER SEPTEMBER 26, 2005
RELATING TO MEETING OF CREDITORS

12/07/2005    Email and telephone call with Attorney Johnson about whether First
Meeting of Creditors should be continued.
0.3

12/12/2005    Telephone call with Attorney Johnson about Meeting of Creditors.
0.2

12/13/2005    Telephone call with Attorney Johnson about rescheduling Meeting of
Creditors.
0.1

01/06/2006    Telephone call with Attorney Johnson about Meeting of Creditors.
0.1

01/09/2006    Telephone call with Attorney Johnson about Meeting of Creditors.
0.1

01/10/2006    Receive email from Attorney Johnson regarding Meeting of Creditors and
additional documents requested from United States Trustee.

TOTAL HOURS                          0.8

TOTAL FEE REQEUSTED                  $180.00