IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 05 B 15142 |
| | ) | |
| RORY O'CONOR, | ) | Chapter 11 |
| | ) | Hon. Pamela Hollis |
| Debtor and | ) | |
| Debtor in Possession. | ) | Set for: June 18, 2009 at 10:30 a.m. |

### NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 10, 2009 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela Hollis in Room 644 of the Dirkson Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, or, in or, in his/her absence, before any other Judge who may be sitting in his/her stead, and shall then and there present Debtor's **Motion for Final Decree and For Order Directing Entry of Discharge**, a copy of which is attached hereto and hereby served upon you.

_____/s/ Cindy M. Johnson_____

Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois  60603
312-345-1306

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, addressed to the addresses listed, with proper postage prepaid, and placing them in the United States Mail chute at 39 S. LaSalle Street at or before 5:00 p.m. on June 11, 2009.

_____/s/ Cindy M. Johnson_____

## Service List

Richard Friedman
Office of the U.S. Trustee
Electronic notice
USTPRegion11.ES.ECF@usdoj.gov

Paul Bach
electronic notice
paul@bachoffices.com
notices@bachoffices.com

Michael J. Kalkowski
For US National Bank
Electronic notice
mkalkowski@fisherandshapiro.com
BK_IL_Notice@fisherandshapiro.com

Todd J. Ruchman
For US National Bank
Electronic Notice
truchman@fisherandshaprio.com
BK_IL_Notice@fisherandshapiro.com

Richard P. Sulkowski
For Chicago Title Ins. Co.
Electronic notice
rsulkowski@fnf.com

Kevin C. McDonough
(for First Bank National Association)
19 Commerce St.
Clinton, CT 06413

Roger J. Kelly
(for First Bank National Association)
Law Offices of Roger J. Kelly
205 N. Michigan Ave. Suite 4307
Chicago, IL 60601-5925

Cavalry Portfolio Services,
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532

Nathan F. Coco
(for Glenview State Bank, Trustee)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) 05 B 15142 |
| | ) |
| RORY O'CONOR, | ) Chapter 11 |
| | ) Hon. Pamela Hollis |
| Debtor and | ) |
| Debtor in Possession. | ) Set for: June 18, 2009 at 10:30 a.m. |

**MOTION FOR ENTRY OF FINAL DECREE
AND FOR ORDER DIRECTING ENTRY OF DISCHARGE**

NOW COMES the Debtor and Debtor in Possession, **RORY O'CONOR**, by his attorneys, Cindy M. Johnson and the law firm of Johnson & Newby, LLC, and asks this Honorable Court to enter a final decree and also to enter an order directing the Clerk of the Court to issue the Dicharge of Debtor. In support thereof, he states as follows:

1. Debtor filed this Chapter 11 case on April 19, 2005.

2. On May 21, 2009, this Court entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtor's Third Amended Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtor's requests that this Court enter a final decree closing this Chapter 11 case in accordance with Federal Rule of Bankruptcy Procedure 3022. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, all claims objections and those matters enumerated in Article VII of the Plan.

5. According to the Third Amended Plan of Reorganization, "the order of Confirmation acts as a discharge of all debts included in the plan except as provided by the plan, as provided under 11 U.S.C. §1141(d), or as provided by any order of nondischargeability as to any specific claim of a creditor separately entered by this Court. The Court shall direct the clerk to issue the Debtor his discharge upon confirmation of the Plan."

6. Since such a direction has not yet been given to the clerk by this Court, Debtor further request the Court to direct the clerk to issue the Debtor his discharge.

WHEREFORE, the debtor and debtor in possession, RORY O'CONOR, asks this Honorable Court to enter an Final Decree closing this Chapter 11 case with an express reservation of jurisdiction, to direct the Clerk to issue Debtor his discharge and for such other relief as is just and equitable.

                Respectfully submitted,

                RORY O'CONOR,


                By:_____/s/ Cindy M. Johnson_____
                    One of his attorneys

Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois 60603
312-345-1306