IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) 05 B 15142 |
| | ) |
| RORY O'CONOR, | ) Chapter 11 |
| | ) Hon. Pamela Hollis |
| Debtor and | ) |
| Debtor in Possession. | ) Set for: June 18, 2009 at 10:30 a.m. |

## AMENDED NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on June 18, 2009 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela Hollis in Room 644 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, or in her absence, before any other Judge who may be sitting in her stead, and shall then and there present Debtor's **Motion for Final Decree and For Order Directing Entry of Discharge**, a copy of which was previously served upon you.  This notice is sent for clarification of the above date, since two different dates were listed on the previous notice.

                                                                              _/s/ Cindy M. Johnson_

Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois  60603
312-345-1306

## CERTIFICATE OF SERVICE

    I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system—with CM/ECF delivery no later than April 23, 2007—and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, addressed to the addresses listed, with proper postage prepaid, and placing them in the United States Mail chute at 39 S. LaSalle Street at or before 5:00 p.m. on June 12, 2009.

                                                                              _/s/ Cindy M. Johnson_