IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RORY O'CONOR, | ) | 05 B 15142 |
| | ) | |
| Debtor and Debtor-in-possession. | ) | Hon. Pamela S. Hollis |

**FINAL DECREE AND <u>DIRECTION TO CLERK TO ENTER DISCHARGE</u>**

AT CHICAGO, ILLINOIS, in said Division and District before the Honorable Pamela Hollis, Bankruptcy Judge, this 18th day of June, 2009;

This matter coming to be heard upon the motion of Rory O'Conor, Debtor herein, for entry of final decree and for order directing the issuance of Debtor's Discharge; proper notice having been provided; no creditor or party in interest having objected to the entry of the final decree; and this Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, is directed to issue a discharge to Debtor, Rory O'Conor,

2. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on May 21, 2009, this Chapter 11 case is closed, and

3. This Court expressly reserves jurisdiction for all matters pending before this Court, all claim objections, those matters enumerated in Article VII of the confirmed Plan and such other matters as this Court deems appropriate.

Dated: 6-18-09

_____
Bankruptcy Judge

Prepared by:
Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois 60603
312-345-1306